# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YUSUF BASHIR ALI,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:           22-cr-224 (8) (NEB/TNL)<br>Date:                September 5, 2023<br>Court Reporter:  Renee Rogge<br>Courthouse:       Minneapolis<br>Courtroom:        13W<br>Time Commenced:  10:15 a.m.<br>Time Concluded:  11:00 a.m.<br>Time in Court:     45 minutes |

APPEARANCES:
  Plaintiff:    Harry Jacobs, Assistant U.S. Attorney
  Defendant:    Kevin Riach, Retained Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty as to Count 1 of the Indictment.
☒  Presentence Investigation Report Requested.
☒  Defendant is released on bond conditions.

Date: September 5, 2023                                        s/Kristine Wegner
                                                               Courtroom Deputy to Judge Nancy E. Brasel