UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-224 (8) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR TRAVEL OUTSIDE MINNESOTA** |
| YUSUF BASHIR ALI, | |
| Defendant. | |

This matter is before the Court on Defendant Yusf Bashir Ali's Amended Motion for Permission to Travel to Dubai, UAE on December 10, 2023, returning to Minneapolis, MN from Nairobi, Kenya on January 31, 2024 (ECF No. 179.) The Government nor the US Probation Office took position on the original travel request (ECF 175), except to voice concerns regarding the length of the proposed trip.

The Court has taken requests for international travel in this case on an individual basis. Given additional details provided by defendant, the reasons for his travel, and his compliance with pretrial release conditions so far in the case, Mr. Ali's Motion to Travel Outside Minnesota (ECF No. 179) is GRANTED. Mr. Ali shall remain in contact with his counsel during his travels and notify counsel when he transits from Dubai to Nairobi and remain compliant with the conditions of his pretrial release during his period of travel. Ali shall return to Minnesota on or before January 31, 2024 and report to Pretrial Services

within 24 hours.

Dated: December 8, 2023                                             s/Nancy E. Brasel
                                                                    Nancy E. Brasel
                                                                    United States District Court Judge