# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:    22-cr-224 (8) (NEB/DTS) |
| | ) | Date:    April 14, 2026 |
| v. | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:    13W |
| YUSUF BASHIR ALI, | ) | Court Reporter:    Renee Rogge |
| | ) | Time Commenced: 4:30 p.m. |
| Defendant. | ) | Time Concluded:    5:05 p.m. |
| | ) | Time in Court:    35 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

　　For Plaintiff:　　Matthew Murphy, Assistant U.S. Attorney
　　For Defendant:　　Kevin Riach, Retained Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 18 months | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restitution in the amount of $278,010 is due immediately.
☒ Counts 8 and 14 of the Indictment are dismissed my motion of the United States.
☒ Sealed and restricted filings at ECF Nos 509-510 shall remain sealed or restricted for 10 years (4/14/36)
☒ Defendant is released on his conditions of release. Defendant shall voluntarily surrender to his place of confinement on 7/7/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers he may surrender to the US. Marshal Services in Minneapolis, MN on 7/7/26 by 12:00 p.m.

Date: April 14, 2026　　　　　　　　　　　　　　　　s/Kristine Wegner
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to Judge Nancy E. Brasel